UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

E & W DEVELOPMENT, LLP and QUE BARATO STORES, INC. d/b/a NOOO QUE BARATO,
    Defendant(s).

Case No: 22-cv-21139-CMA

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, EMILIO PINERO, and Defendants, E & W DEVELOPMENT, LLP and QUE BARATO STORES, INC. d/b/a NOOO QUE BARATO, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, E & W DEVELOPMENT, LLP and QUE BARATO STORES, INC. d/b/a NOOO QUE BARATO, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted.

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
  *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
  *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
1825 NW Corporate Blvd., Ste. 110
Boca Raton, Florida 33431
(561) 571-0646
WassenbergL@gmail.com

<u>s/ John Davis Hoffman</u>
John Davis Hoffman, Esq.(FBN: 825859)
*Attorney for Defendants*
Hoffman & Hoffman P.A.
Law Offices of Hoffman & Hoffman
66 W Flagler St Ste 200
Miami, FL 33130-1876
(305)-372-2877
john@hoffmanpa.com
